**United States Tax Court**
Washington, DC 20217

Soroban Capital Partners LP, Soroban Capital Partners GP LLC, Tax Matters Partner, Petitioner v. Commissioner of Internal Revenue, Respondent

Docket No. 16218-22

## Printable Docket Record

| Name | Contact | Counsel |
|---|---|---|
| Soroban Capital Partners LP | 55 West 46th Street<br>32nd Floor<br>New York, NY 10036<br>N/A | Elizabeth J. Smith (SE0701)<br>elizabeth.smith@skadden.com<br>No Phone<br><br>Kathleen S. Gregor (GK0129)<br>kat.gregor@skadden.com<br>617-573-4808<br><br>Caitlyn M. Otenti (LC22598)<br>cait.otenti@skadden.com<br>617-573-4828<br><br>Armando Gomez (GA0514)<br>armando.gomez@skadden.com<br>202-371-7868 |

| Respondent Counsel | Respondent Counsel Contact |
|---|---|
| Naseem Jehan Khan | naseem.j.khan@irscounsel.treas.gov<br>312-292-2169 |
| Michael E. Washburn | michael.e.washburn@irscounsel.treas.gov<br>213-372-4071 |
| Jonathan E. Cornwell | jonathan.e.cornwell@irscounsel.treas.gov<br>917-421-4660 |
| Norah E. Bringer | norah.e.bringer@usdoj.gov<br>202-307-6224 |

| No. | Date | Event | Filings and proceedings | Filed by | Action | Served | Parties |
|---|---|---|---|---|---|---|---|
| 1 | 07/21/22 | P | Petition | Petr. Soroban Capital Partners LP | | 07/22/22 | R |
| 2 | 07/21/22 | RQT | Request for Place of Trial at New York City, New York | | | | |
| 3 | 07/21/22 | DISC | Ownership Disclosure Statement | Petr. Soroban Capital Partners LP | | 07/22/22 | R |
| 4 | 07/22/22 | FEE | Filing Fee Paid | | | | |
| 5 | 07/22/22 | NOTR | Notice of Receipt of Petition | | | 07/22/22 | P |
| 6 | 07/22/22 | NCA | Notice of Change of Address for Elizabeth J. Smith | | | 07/22/22 | B |
| 7 | 09/15/22 | A | Answer | Resp. | | 09/15/22 | B |
| 8 | 10/06/22 | EA | Entry of Appearance for Respondent | Resp. | | 10/06/22 | B |
| 9 | 10/11/22 | EA | Entry of Appearance for Petr. Soroban Capital Partners LP | Caitlyn M. Leonard | | 10/11/22 | B |
| 10 | 11/07/22 | M067 | Motion to Consolidate Docket Numbers 16217-22, 16218-22 (No Objection) | Resp. & Petr. Soroban Capital Partners LP | Order 11/27/23 | 11/07/22 | B |
| 11 | 01/25/23 | STIP | First Stipulation of Facts (Attachment(s)) | Resp. & Petr. Soroban Capital Partners LP | | 01/25/23 | B |

| No. | Date | Event | Filings and proceedings | Filed by | Action | Served | Parties |
|---|---|---|---|---|---|---|---|
| 12 | 01/25/23 | STIP | First Stipulation of Facts (Attachment(s)) | Resp. & Petr. Soroban Capital Partners LP | | 01/25/23 | B |
| 13 | 02/07/23 | M034 | Motion for Summary Judgment (Objection) | Petr. Soroban Capital Partners LP | ORD 11-29-23 | 02/07/23 | B |
| 14 | 02/07/23 | MISP | Memorandum in Support of Motion for Summary Judgment (Attachment(s)) | Petr. Soroban Capital Partners LP | | 02/07/23 | B |
| 15 | 02/08/23 | O | Order resp. by 3/2/23 file objection to motion for summary judgment. | | | 02/08/23 | B |
| 16 | 03/02/23 | M024 | Motion for Partial Summary Judgment | Resp. | ORD 11-29-23 | 03/02/23 | B |
| 17 | 03/02/23 | MISP | Memorandum in Support of Motion for Partial Summary Judgment (Attachment(s)) | Resp. | | 03/02/23 | B |
| 18 | 03/02/23 | OBJE | Objection to Motion for Summary Judgment | Resp. | | 03/02/23 | B |
| 19 | 03/02/23 | MISP | Memorandum in Support of Objection to Motion for Summary Judgment | Resp. | | 03/02/23 | B |
| 20 | 03/06/23 | NODC | Notice of Docket Change for Docket Entry No. 18 | | | 03/06/23 | B |
| 21 | 03/29/23 | O | Order petitioner by April 20, 2023 shall file a Response to respondent's Objection to Motion for Summary Judgment. | | | 03/29/23 | B |

| No. | Date | Event | Filings and proceedings | Filed by | Action | Served | Parties |
|---|---|---|---|---|---|---|---|
| | | | Petitioner by April 20, 2023 shall file an Objection to respondent's Motion for Partial Summary Judgment. | | | | |
| 22 | 04/20/23 | RSP | Response to Objection to Motion for Summary Judgment | Petr. Soroban Capital Partners LP | | 04/20/23 | B |
| 23 | 04/20/23 | OBJE | Objection to Motion for Summary Judgment | Petr. Soroban Capital Partners LP | | 04/20/23 | B |
| 24 | 05/24/23 | OAJ | Order that case is assigned to Judge Buch | | | 05/24/23 | B |
| 25 | 06/08/23 | M115 | Motion for Leave to File Reply to Objection to Motion for Summary Judgment (Objection) | Resp. | ORD 6/12/23 | 06/08/23 | B |
| 26 | 06/08/23 | MISCL | Reply to Objection to Motion for Summary Judgment (Lodged) | Resp. | | 06/08/23 | B |
| 27 | 06/12/23 | O | Motion for Leave to File GRANTED | | | 06/12/23 | B |
| 28 | 06/12/23 | REPL | Reply to Objection to Motion for Summary Judgment | Resp. | | 06/12/23 | B |
| 29 | 11/20/23 | NCA | Notice of Change of Address for Emerald G. Smith | | | 11/20/23 | B |
| 30 | 11/24/23 | NCAP | Notice of Change of Address and Telephone Number for Naseem Jehan Khan | | | 11/24/23 | B |
| 31 | 11/27/23 | O | Order that the Clerk shall correct the caption of the Index 16 to read "Motion for Partial Summary Judgment." The Clerk shall correct the caption of the | | | 11/27/23 | B |

| No. | Date | Event | Filings and proceedings | Filed by | Action | Served | Parties |
|---|---|---|---|---|---|---|---|
| | | | Index 17 to read "Memorandum in Support of Motion for Partial Summary Judgment." | | | | |
| 32 | 11/27/23 | O | Motion to Consolidate 16217-22 and 16218-22 is GRANTED | | | 11/27/23 | B |
| 33 | 11/28/23 | TCOP | T.C. Opinion Judge Buch Opinion - 161 T.C. No. 12 (An appropriate order will be issued.) | | | 11/28/23 | B |
| 34 | 11/29/23 | O | Order that, in Docket No. 16217-22, Petitioner's Motion for Summary Judgment is denied. In Docket No. 16217-22, Respondent's Motion for Partial Summary Judgment is granted. In Docket No. 16218-22, Petitioner's Motion for Summary Judgment is denied. In Docket No. 16218-22, Respondent's Motion for Partial Summary Judgment is granted. | | | 11/29/23 | B |
| 35 | 01/17/24 | O | Order that parties by 2-16-24 file a joint status report. | | | 01/17/24 | B |
| 36 | 02/15/24 | RPT | Status Report | Resp. & Petr. Soroban Capital Partners LP | | 02/15/24 | B |
| 37 | 02/16/24 | O | Order that parties by 5-17-24 file a joint status report. | | | 02/16/24 | B |
| 38 | 05/17/24 | RPT | Status Report | Resp. & Petr. Soroban Capital Partners LP | | 05/17/24 | B |

| No. | Date | Event | Filings and proceedings | Filed by | Action | Served | Parties |
|---|---|---|---|---|---|---|---|
| 39 | 05/20/24 | O | Order that parties by 8-30-24 file either a joint status report or a Motion to Submit Case Pursuant to Rule 122. | | | 05/20/24 | B |
| 40 | 08/12/24 | M106 | Motion to Submit Case Pursuant to Rule 122 (No Objection) | Resp. & Petr. Soroban Capital Partners LP | ORD 8-14-24 | 08/12/24 | B |
| 41 | 08/12/24 | STIP | Second Stipulation of Facts (Attachment(s)) | Resp. & Petr. Soroban Capital Partners LP | | 08/12/24 | B |
| 42 | 08/14/24 | O | Order that the Joint Motion to Submit Case Pursuant to Rule 122 is granted. Parties by 9-13-24 file simultaneous opening briefs and by 10-25-24 file simultaneous answering briefs. | | | 08/14/24 | B |
| 43 | 09/13/24 | SIOB | Simultaneous Opening Brief | Resp. | | 09/16/24 | B |
| 44 | 09/13/24 | SIOB | Simultaneous Opening Brief | Petr. Soroban Capital Partners LP | | 09/16/24 | B |
| 45 | 10/11/24 | M105 | Motion to Strike (Objection) | Resp. | ORD 5-28-25 | 10/11/24 | B |
| 46 | 10/15/24 | O | Order that petr. by 10-25-24 file a response to the Commissioner's Motion to Strike. | | | 10/15/24 | B |
| 47 | 10/16/24 | M093 | Motion to Reopen the Record (Attachment(s)) (Objection) | Petr. Soroban Capital | ORD 5-28-25 | 10/16/24 | B |

| No. | Date | Event | Filings and proceedings | Filed by | Action | Served | Parties |
|---|---|---|---|---|---|---|---|
| | | | | Partners LP | | | |
| 48 | 10/24/24 | O | Order that the Clerk shall recharacterize Petitioner's Motion to Reopen the Record and Opposition to Respondent's Motion to Strike, filed August 16, 2024, as Petitioner's Motion to Reopen the Record. Petr. by 11-15-24 file a supplement to their Motion to Reopen the Record. Resp. by 11-15-24 file a response to Petitioner's Motion to Reopen the Record. | | | 10/24/24 | B |
| 49 | 10/25/24 | SIAB | Simultaneous Answering Brief | Resp. | | 10/28/24 | B |
| 50 | 10/25/24 | OPPO | Opposition to Motion to Strike (Attachment(s)) | Petr. Soroban Capital Partners LP | | 10/25/24 | B |
| 51 | 10/25/24 | SIAB | Simultaneous Answering Brief | Petr. Soroban Capital Partners LP | | 10/28/24 | B |
| 52 | 11/07/24 | SUPM | First Supplement to Motion to Reopen the Record (Attachment(s)) | Petr. Soroban Capital Partners LP | | 11/07/24 | B |
| 53 | 11/14/24 | RSP | Response to Motion to Reopen the Record (Attachment(s)) | Resp. | | 11/14/24 | B |
| 54 | 02/26/25 | NCP | Notice of Change of Telephone Number for Emerald G. Smith | | | 02/26/25 | B |
| 55 | 05/21/25 | NOTW | Notice of Withdrawal as Counsel | Resp. | | 05/21/25 | B |

| No. | Date | Event | Filings and proceedings | Filed by | Action | Served | Parties |
|---|---|---|---|---|---|---|---|
| 56 | 05/28/25 | MOP | Memorandum Opinion Judge Buch Opinion - T.C. Memo. 2025-52 (Decisions will be entered for respondent.) | | | 05/28/25 | B |
| 57 | 05/28/25 | O | Order that the Commissioner's Motion to Strike filed October 11, 2024, is denied. Petrs. Motion to Reopen the Record filed October 16, 2024, is granted in part. | | | 05/28/25 | B |
| 58 | 05/28/25 | OAD | Order and Decision Entered, Judge Buch | | | 05/28/25 | B |
| 59 | 08/25/25 | NOA | Notice of Appeal for the 2nd Circuit | Petr. Soroban Capital Partners LP | | 08/25/25 | B |
| 60 | 08/25/25 | AFP | Appellate Filing Fee Received | Petr. Soroban Capital Partners LP | | 08/27/25 | B |
| 61 | 08/27/25 | NOT | Notice of Filing of Notice of Appeal to Court of Appeals | | | 08/27/25 | B |
| 62 | 09/08/25 | EA | Entry of Appearance for Respondent | Resp. | | 09/08/25 | B |